| | |
|---|---|
| 1 | MELINDA L. HAAG |
|   | United States Attorney |
| 2 | DONNA L. CALVERT |
|   | Regional Chief Counsel, Region IX |
| 3 | Social Security Administration |
|   | JENNIFER LEE TARN, CSBN 240609 |
| 4 | Special Assistant United States Attorney |
| 5 |     160 Spear Street, Suite 800 |
|   |     San Francisco, California 94105 |
| 6 |     Telephone: (415) 977-8825 |
|   |     Facsimile: (415) 744-0134 |
| 7 |     E-Mail: Jennifer.Tarn@ssa.gov |

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY FRAGOZA, | Case No. 4:14-cv-03317-KAW |
|     Plaintiff, | JOINT STIPULATION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT |
| v. | |
| CAROLYN W. COLVIN, | |
| Acting Commissioner of Social Security, | |
|     Defendant. | |

    IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to <u>sentence four</u> of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff a new hearing and decision.

    Upon remand to the defendant, the Office of Disability Adjudication and Review will remand this case to an Administrative Law Judge (ALJ) and direct him or her to affirm the finding that Plaintiff became disabled on March 1, 2011. The ALJ will consider whether the Plaintiff became disabled prior to March 1, 2011. The ALJ will also reweigh the medical opinions of record, specifically the medical opinions of Marc Sapir, M.D., Sydney Walter, Ph.D., Kyle Van Gaasbeek, Ph.D., and Rose Lewis, M.D. If necessary, the ALJ will obtain supplemental medical

expert evidence. The ALJ then will reconsider the nature and severity of the claimant's alleged mental and physical impairments and reassess the claimant's residual functional capacity. The Office of Disability Adjudication and Review will direct that supplemental vocational expert evidence be obtained at step 4 and, as necessary, step 5 of the sequential evaluation process.

Respectfully submitted,

Date: January 29, 2014        By: /s/ Kyle Kitson*
                                  KYLE KITSON
                                  Attorney for Plaintiff
                                  *By email authorization on 1/27/2015

Date: January 29, 2014        MELINDA L. HAAG
                              United States Attorney
                              By:    /s/ Jennifer Lee Tarn
                              JENNIFER LEE TARN
                              Special Assistant United States Attorney
                              Attorneys for Defendant

                              Of Counsel for Defendant:
                              Marcelo N. Illarmo, Assistant Regional Counsel
                              Office of the General Counsel
                              Social Security Administration

## ORDER

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, IT IS ORDERED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

DATED: 2/2/15

HONORABLE KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE