MELINDA L. HAAG
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration
JENNIFER LEE TARN, CSBN 240609
Special Assistant United States Attorney
     160 Spear Street, Suite 800
     San Francisco, California 94105
     Telephone: (415) 977-8825
     Facsimile: (415) 744-0134
     E-Mail: Jennifer.Tarn@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY FRAGOZA,<br><br>          Plaintiff,<br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>       Defendant. | Case No. 4:14-cv-03317-KAW<br><br>STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) AND ~~PROPOSED~~ ORDER |

     IT IS HERE BY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees in the amount of three thousand seven hundred fifty dollars ($3,750.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d).  This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

     After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to the Homeless Action Center.  Pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 598, 130 S.Ct. 2521, 177 L.Ed.2d 91 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United

1  States Department of the Treasury's Offset Program.  After the order for EAJA fees is entered,

2  the government will determine whether they are subject to any offset.

3  Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines

4  that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees to

5  be made directly to Homeless Action Center, pursuant to the assignment executed by Plaintiff.

6  Any payments made shall be delivered to Homeless Action Center.

7  This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA

8  attorney fees, and does not constitute an admission of liability on the part of Defendant under the

9  EAJA or otherwise.  Payment of the agreed amount shall constitute a complete release from, and

10  bar to, any and all claims that Plaintiff and/or Kyle Kitson or Homeless Action Center may have

11  relating to EAJA attorney fees in connection with this action.

12  This award is without prejudice to the rights of Kyle Kitson and/or Homeless Action

13  Center to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings

14  clause provisions of the EAJA.

15  Respectfully submitted,

16

17  Date: April 16, 2015          HOMELESS ACTION CENTER
                          By:   */s/ Kyle Kitson**
18                                KYLE KITSON

19                                Attorney for Plaintiff
20                                *By email authorization on 4/16/2015

21  Date: April 16, 2015          MELINDA L. HAAG
22                                United States Attorney
                          By:   */s/ Jennifer Lee Tarn*
23                                JENNIFER LEE TARN
24                                Special Assistant United States Attorney
                                  Attorneys for Defendant
25
                                  Of Counsel for Defendant:
26                                Marcelo N. Illarmo, Assistant Regional Counsel
                                  Office of the General Counsel
27                                Social Security Administration

28

## **ORDER**

Based upon the parties' Stipulation for the Award and Payment of Attorney fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) , IT IS ORDERED that fees in the amount of $ 3,750.00, as authorized by 28 U.S.C. § 2412, be awarded subject to the terms of the Stipulation.   .

DATED:   4/17/15          _____

HONORABLE KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE